**3**

NICOLAS DALUISO, #163553
JOE SOLSENG, #262127
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 876-3268
Facsimile: (206) 676-9659

Attorneys for Secured Creditor,
OneWest Bank, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>GERARD Q. DECKER, IV,<br><br>    Debtor.<br>ONEWEST BANK FSB,<br><br>    Movant,<br>vs.<br><br>GERARD Q. DECKER, IV, Debtor, and<br>Timothy W. Hoffman, Trustee,<br><br>    Respondents. | Bankruptcy Case No. 09-10655-AJ<br><br>RS No. ND-265<br><br>Chapter 7<br><br><br><br>HEARING DATE:<br>DATE: June 11, 2009<br>TIME: 9:00 a.m.<br>CTRM: Santa Rosa |

## <u>DECLARATION OF ERICA A. JOHNSON-SECK IN SUPPORT OF ONEWEST BANK FSB'S MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

I, Erica A. Johnson-Seck, declare:

1. I am a Vice President at OneWest Bank, FSB, ("OneWest"). In the foregoing capacity I have personal knowledge of the status and history of the GERARD Q. DECKER, IV, ("DEBTOR") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

DECLARATION IN SUPPORT OF MOTION    1

2. I am one of the custodians of the books, records, and files of ONEWEST that pertain to loans and extensions of credit given to Debtor(s) concerning the Property. I have personally worked on the books, records, and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of ONEWEST, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of ONEWEST's business at or near the time of the act, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of ONEWEST by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. **The Secured Debt.** On or about September 14, 2005, GERARD Q. DECKER, IV, made and delivered a Promissory Note in the original principal amount of $1,462,500.00, secured by a Priority Deed of Trust on the Property commonly known as 2030 Paradise Drive, Tiburon, CA, 94920 (the "Property"). True and correct copies of the Note, Deed of Trust, and Assignment of Deed of Trust are attached as Exhibits "1," "2," and "3," respectively.

4. **The Default Under The Note.** Movant's Note and Deed of Trust are contractually due for the December 1, 2007 payment. As a result of the default, Movant desires to record a Notice of Default and Election to Sell against the Property. The total delinquency under the Note is set forth in detail on Exhibit "4" to the Motion.

5. **The Debtor's Interest In The Property.** The Debtor is the owner of record of the Property.

6. **The Filing Of The Instant Petition.** On March 16, 2009, GERARD Q. DECKER, IV filed the instant Chapter 7 Petition as Case No. 09-10655.

7. **The Costs of Sale.** Based on my experience with the liquidation of properties, the customary "costs of sale" are 8% of the sales price of the Property.

8. I have reviewed the Exhibits referenced above and filed herewith, and all referenced Exhibits are true and correct to the best of my knowledge based on the information available at this time.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on May 19, 2009 in Austin, Texas.

OneWest Bank FSB,

/s/ Erica A. Johnson-Seck_____
*Signature of Declarant*

Vice President_____
*Title*

DECLARATION IN SUPPORT OF MOTION            3
IE/DECKER/60184-0245-AJ

Case: 09-10655   Doc# 22-5   Filed: 05/22/09   Entered: 05/22/09 15:13:08   Page 3 of 3