**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: ) Bankruptcy No.: 09-10655-AJ
GERARD Q. DECKER, IV, ) R.S. No.: ND-265
) Hearing Date: June 11, 2009
) Time: 9:00 a.m.
Debtor(s) )
_____ )

<u>Relief From Stay Cover Sheet</u>

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 3/16/2009    Chapter: 7
    Prior hearings on this obligation:    Last Day to File §523/§727 Complaints: 6/15/2009

(B) Description of personal property collateral (e.g. 1983 Ford Taurus)    Secured Creditor [ ] or lessor [ ]
    Fair Market Value: $_____    Source of Value: _____
    Current Balance: $_____    Pre-Petition Default: $_____
    Monthly Payment: $_____    No. of Months: _____
    Insurance Advance: $_____    Post-Petition Default: $_____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    2030 Paradise Drive, Tiburon, CA 94920

    Fair Market Value: $ 1,850,000.00    Source of Value: Broker Price Opinion
                                          If appraisal, date:
    Moving Party's position (first trust deed, second, abstract, etc.):    First Trust Deed

    Approx. Bal: $ 1,800,716.05    Pre-Petition Default $ 176,328.25
    As of (date): 5/14/2009    No. of Months: 16
    Mo. Payment $ 9,596.38    Post-Petition Default: $ 19,192.76
    Notice of Default (date): 11/18/2008    No. of Months: 2
    Notice of Trustee's Sale: N/A    Advances Senior Liens:

    Specify name and status of other liens and encumberances, if known (e.g., trust deeds, tax liens, etc.):
    OneWest Bank, FSB (1st trust deed); Quantum Servicing (Equity Line)

    | Position | Amount | No. Payment | Defaults |
    |---|---|---|---|
    | 1st Trust Deed: | $ 1,800,716.05 | 18 | $ 195,521.01 |
    | Equity Line: | $ 40,000.00 | | $ |
    | | $ | | $ |
    | (Total) | $ 1,840,716.05 | 18 | $ 195,521.01 |

(D) Other Pertinent Information: OneWest Bank FSB requests relief from stay based on the lack of equity in the Property for the benefit of the Debtor(s) or the estate, and the Debtor has also failed to maintain regular monthly payments.

Dated: May 22, 2009    Signature
                       NICOLAS DALUISO, #163553
                       Print or Type Name
                       Attorney for: <u>ONEWEST BANK, FSB</u>

#60184-0245-BK-6