NICOLAS DALUISO, #163553
JOE SOLSENG, #262127
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640
Facsimile: (206) 676-9659

Attorneys for Secured Creditor
OneWest Bank FSB,

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>GERARD Q. DECKER, IV,<br><br>    Debtor.<br>—————————————————<br>ONEWEST BANK FSB,<br><br>    Movant,<br><br>vs.<br><br>GERARD Q. DECKER, IV, Debtor, and Timothy W. Hoffman, Trustee,<br><br>    Respondents. | Bankruptcy Case No. 09-10655-AJ<br><br>RS No. ND-265<br><br>Chapter 7<br><br>**LEGAL DESCRIPTION OF REAL PROPERTY LOCATED AT 2030 PARADISE DRIVE, TIBURON, CA, 94920**<br><br>HEARING DATE:<br>DATE: June 11, 2009<br>TIME: 9:00 AM<br>CTRM: Santa Rosa |

## LEGAL DESCRIPTION

## EXHIBIT "A"

The property described herein lies within the State of California, County of Marin, City of Tiburon, and is further described as follows:

PARCEL ONE:

Beginning at a point on the Southeasterly line of Mar East Street, said point of beginning distant thereon, South 56° 59' West 44.694 feet (called 44.7 feet in the Deed recorded in Book 569 of Official Records at Page 462 hereinafter referred to) from the most Northerly corner of that certain parcel of land described in Deed from Richard Francis Harrold, et ux, to Dr. Frank H. McKevitt, DDS, recorded January 9, 1948, in Book 569 of Official Records at Page 462, Marin County Records, thence continuing along said line of Mar East Street South 16°54' West 63.193 feet to a point; thence leaving said line of Mar East Street South 66° 15' East 129.001 feet thence North 33°00' East 63.569 feet and North 66°15' West 146.757 feet to the point of beginning.

Parcel Two:

NON-EXCLUSIVE easements for ingress and egress and utilities and navigation 7 feet in width lying Southeasterly adjacent to and parallel with the following described line:

Beginning at the most corner of the above described parcel and running thence North 33° 00' East 63.569 feet to the most Easterly corner thereof.

Said easements to extend from the Southeasterly boundary of the above described parcel to the line of 9 feet of water at lowest tide.

APN: 059-172-41