```
 1  Charles P. Maher, State Bar No. 124748
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 2  Rincon Center II, 121 Spear Street, Suite 200
    San Francisco, California 94105-1582
 3  Telephone No.: 415.356.4600
    Fax No.: 415.356.3894
 4

 5  Counsel for Timothy W. Hoffman
    Trustee in Bankruptcy
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re GERARD Q. DECKER, IV aka ROD DECKER, <br><br> Debtor. | Case No. 09-10655 AJ <br> Chapter 7 |

### APPLICATION FOR ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER

(McGuire Real Estate)

Timothy W. Hoffman, Trustee in Bankruptcy of the estate of the above Debtor, respectfully represents:

1. Among the assets of the above bankruptcy estate is the real property commonly known as 2030 Paradise Drive, Tiburon, California (the "Property"). The Property is a residential duplex. One unit is rented and the other unit is used by the Debtor as his residence.

2. The Debtor has attributed a value to the Property of $2.8 million. At about the time he filed his Chapter 7 petition, the Debtor signed a listing agreement with McGuire Real Estate to sell the Property for $2.8 million. The Debtor himself is a real estate salesperson.

3. The Trustee contacted the real estate broker whom he frequently uses to assist him in the sale of real property. The broker indicated his opinion that the value of the Property is far less than $2.8 million, and closer to $2.1 million, which would not be enough to satisfy secured debt and costs of sale and leave significant unencumbered funds for the estate.

4. The Debtor and Peg Copple, the agent with whom the Debtor intended to list the

1

Property, continue to maintain that the Property has significant value over and above encumbrances.

5. The Trustee has agreed to list the Property for a short period of time subject to his right to rescind the listing agreement without penalty if he determines that abandonment of the Property is in the best interest of the estate.

6. The Trustee has agreed to list the Property with McGuire Real Estate and to pay McGuire Real Estate a broker's commission equivalent to six percent of the gross sale price with the commission to be split with a buyer's broker, if any.

7. The proposed broker recognizes that dual agency is not permitted and that neither Ms. Copple nor any other salesperson or broker employed by McGuire Real Estate may represent the buyer in any sale. Actual payment of any commission is subject to Bankruptcy Court approval in connection with a sale.

8. Based on the Declaration of Peg Copple, the Trustee is informed and believes that McGuire Real Estate has no connections with the Debtor, the Trustee, creditors, the United States Trustee or any person employed by the United States Trustee, or any other person that would prohibit their employment under Section 327. The Trustee is informed and believes that McGuire Real Estate and Peg Copple are disinterested persons in these proceedings.

WHEREFORE the Trustee requests entry of an order authorizing him to employ McGuire Real Estate and Peg Copple to assist him in the marketing and sale of the real property commonly known as 2030 Paradise Drive, Tiburon, California.

DATED: July 6, 2009        By: _____
                           Timothy W. Hoffman, Trustee

DATED: July 6, 2009        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                           By: _____
                           Charles P. Maher
                           Counsel for Timothy W. Hoffman, Trustee

301143936.1

2