Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re GERARD Q. DECKER, IV aka ROD DECKER,

Debtor.

Case No. 09-10655 AJ
Chapter 7

## MOTION FOR ORDER AUTHORIZING ABANDONMENT OF INTEREST IN REAL PROPERTY

Timothy W. Hoffman, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order authorizing abandonment of the estate's interest in the real property commonly known as 2030 Paradise Drive, Tiburon, California.

WHEREFORE the Trustee moves the Court for an order authorizing abandonment of the estate's interest in the real property described in his September 30, 2009, notice to creditors.

DATED: September 30, 2009       LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Charles P. Maher
Counsel for Timothy W. Hoffman, Trustee

301152186.1