Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re GERARD Q. DECKER, IV aka ROD DECKER, <br><br> Debtor. | Case No. 09-10655 AJ <br> Chapter 7 |

### **ORDER CONFIRMING ABANDONMENT OF INTEREST IN REAL PROPERTY**

Based on the Trustee's request and the supporting declaration of counsel, and it appearing from those documents that notice has been adequate, that no objections have been filed or served on the Trustee, and that good cause exists, it is

ORDERED that abandonment of the estate's interest in the real property commonly known as 2030 Paradise Drive, Tiburon, California, is confirmed under 11 U.S.C. § 554.

Dated: October 23, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge