John G. Warner
(Cal. State Bar No. 046123)
Law Office of John G. Warner (rt)
21 Tamal Vista Blvd., Suite 196
Corte Madera, CA 94925
Telephone: (415) 924-2640
Facsimile: (415) 927-0608
e-mail: warnerwest@aol.com

Attorney for Debtor,
Gerard Q. Decker, IV
Aka Rod Decker

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re Gerard Q. Decker, IV, Aka Rod Decker, <br><br>Debtor. | Case No. 09-10655 AJ <br><br> Chapter 7 <br><br> **ORDER DENYING DEBTOR'S MOTION FOR REINSTATEMENT OF AUTOMATIC STAY AS TO SECURED CREDITOR ONE WEST BANK FSB** |

[Text Begins on Next Page]

1  The debtor's motion for the reinstatement of the automatic stay as to secured creditor
2  One West Bank FSB, including the debtor's related request that the court determine that a
3  foreclosure sale conducted by the bank in July of this year is void, came on regularly for hearing
4  before The Honorable Alan Jaroslavosky, United States Bankruptcy Judge.   Attorney John G.
5  Warner appeared for the moving party debtor Gerardo K. Decker, IV; attorney Ray H. Olmstead
6  appeared for third party Karen Griggi; and attorney Nicolas Daluiso appeared by telephone for
7  secured creditor One West Bank FSB.

8  After considering both written and oral arguments made in connection with the motion,
9  and for reasons stated on the record at the hearing on the motion, the court hereby denies the
10 motion, but without prejudice to the debtor in bringing a separate proceeding or action,
11 whichever may be appropriate, to seek damages against the bank or any other party that the
12 debtor believes is legally responsible for the harm that he has alleged in this motion.

13 **IT IS SO ORDERED.**

Dated:  November 24, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge

APPROVED AS TO FORM

Dated:  November 2, 2009

/s/ Ray H. Olmstead
_____
Ray H. Olmstead
Attorney for Karen Griggi

Dated:  November 4, 2009

/s/ Nicolas Daluiso
_____
Nicolas Daluiso
Attorney for One West Bank FSB

Order Denying Debtor's Motion for Reinstatement of Automatic Stay as to
Secured Creditor One West Bank FSB
- 2 -