Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re GERARD Q. DECKER, IV aka ROD DECKER,<br><br>Debtor. | Case No. 09-10655 AJ<br>Chapter 7 |

## MOTION FOR ORDER AUTHORIZING SALE OF BOAT AND PAYMENT TO AUCTIONEER

Timothy W. Hoffman, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order authorizing him to sell at auction the 33-foot Sea Ray sail boat owned by the estate. The Trustee has employed West Auctions, LLC, as his auctioneer. The Debtor has claimed a $17,225 "wildcard" exemption in the boat thereby reserving that sum for himself under Section 703.140(b)(5) of the California Code of Civil Procedure. The Trustee had no grounds on which to challenge the claim of exemption.

The Trustee has given the Debtor a period of more than six months in which to make an offer to purchase the "non-exempt" equity in the boat. Although promises have been made that such an offer would be forthcoming, none has been received and the Trustee has concluded that he must sell the boat and pay the Debtor's exemption from the net sale proceeds. As a direct result of the Debtor's inability to make an offer, the Trustee has engaged his auctioneer to sell the boat. The auctioneer charges, and the Trustee intends to pay, a 12 percent commission calculated on the

1   gross sale price (exclusive of sales tax) plus reasonable and necessary expenses.

2        If, after receipt of this notice, the Debtor attempts to purchase the non-exempt equity in the
3 boat, he will be required to participate in the auction.

4        The auction will take place on-line between April 20, 2010, and April 22, 2010. Details of
5 the auction are available at www.westauction.com. Anyone who wishes to inspect the boat or
6 obtain more information about the auction should visit the auctioneer's website at
7 www.westauction.com.

8        WHEREFORE the Trustee moves the Court for an order authorizing the sale described in
9 his March 5, 2010, notice to creditors.

11 DATED: March 5, 2010     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

13                               By: _____
                                      Charles P. Maher
14                                       Counsel for Timothy W. Hoffman, Trustee

301166044.1