Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re GERARD Q. DECKER, IV aka ROD DECKER,<br><br>Debtor. | Case No. 09-10655 AJ<br>Chapter 7<br><br>Date: April 9, 2010<br>Time: 9:00 a.m.<br>Place: 99 South "E" Street, Santa Rosa<br>Court: Hon. Alan Jaroslovsky |

### ORDER AUTHORIZING AUCTION

On April 9, 2010, a hearing was held on the objection of Debtor Gerard Q. Decker to the Trustee's proposed auction of a 33-foot Sea Ray power boat by auction. Charles P. Maher of Luce, Forward, Hamilton & Scripps, LLP, appeared on behalf of the Trustee. Gerard Q. Decker appeared on behalf of himself.

The Court has considered the Debtor's objection and the Trustee's pleadings in reply. Based on those documents, and for the reasons stated on the record, it is

ORDERED as follows:

1. The Debtor's objection to the Trustee's proposed auction of the 33-foot Sea Ray power boat is overruled.

2. The Trustee may proceed with the auction in accordance with his notice to creditors.

3. Payment to the Trustee's auctioneer for its commission and expenses is subject to further order.

Dated: April 9, 2010



Alan Jaroslovsky
U.S. Bankruptcy Judge