Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re GERARD Q. DECKER, IV aka ROD DECKER, | Case No. 09-10655 AJ Chapter 7 |
|---|---|
| Debtor. | |

### MOTION FOR ORDER AUTHORIZING SALE OF NON-EXEMPT EQUITY IN BOAT

Timothy W. Hoffman, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order authorizing him to enter into an agreement with the Debtor regarding the disposition of a 33-foot Sea Ray power boat. Under the terms of the agreement, the Trustee will accept $10,000 cash from the Debtor in full and complete satisfaction of the estate's interest in the power boat.

As part of the agreement, the Trustee will be paying the expenses of his auctioneer in the amount of $1,285.31.

On March 5, 2010, the Trustee served notice of his intent to sell the boat at auction. The Debtor objected to the sale but his objection was overruled by the Court. Because the Debtor had interfered with the Trustee's sale of the boat, the Trustee brought a motion before the Court for an order authorizing the Trustee to "surcharge" the Debtor's exemption to compensate the estate for certain expenses. The motion was heard on April 30, 2010, and denied without prejudice.

As a means of resolving disposition of the boat in its entirety, the Debtor has offered to pay the estate the sum of $10,000 cash. He will not assert any exemption in the cash payment.

The lack of success in selling so far the boat at a price that would generate sufficient non-exempt proceeds for the estate (assuming that the Trustee would not prevail on a renewed surcharge motion) has made the Trustee conclude that the Debtor's offer is in the best interest of the estate.

WHEREFORE the Trustee moves the Court for an order authorizing the agreement described in his May 11, 2010, notice to creditors.

DATED: May 11, 2010

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: *(signature)*
Charles P. Maher
Counsel for Timothy W. Hoffman, Trustee

301172153.1