Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
   &amp; SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Timothy W. Hoffman
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re GERARD Q. DECKER, IV aka ROD DECKER,

Debtor.

Case No. 09-10655 AJ
Chapter 7

### ORDER AUTHORIZING SALE OF NON-EXEMPT EQUITY IN BOAT AND PAYMENT OF AUCTIONEER EXPENSES

Based on the Trustee's request and the supporting declaration of counsel, it appearing from those documents that notice has been adequate, that no objections have been filed or served, and that good cause exists, it is

ORDERED as follows:

1.    The Trustee is authorized to sell to the Debtor for $10,000 cash the estate's non-exempt equity in the 33-foot Sea Ray power boat disclosed by the Debtor in his Schedule B.

2.    The Trustee is authorized to reimburse his auctioneer, West Auctions, LLC, its reasonable and necessary expenses in the amount of $1,285.31 in connection with the auction of the power boat scheduled at the Trustee's request.

Dated: June 7, 2010

_____
Alan Jaroslovsky
United States Bankruptcy Judge